UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)   Case No. 2:12-MJ-00019-DAD
Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
JENNIFER MCGRATH, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JENNIFER MCGRATH, Case No. 2:12-MJ-00019-DAD, Charge 21 USC §§ 846; 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 75,000 (co-signed)

    ✔ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)  With pretrial supervision and conditions of release as stated on the record in open court. USM shall release the dft to the custody of Pretrial Services on 1/25/12 at 8:30 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 24, 2012 at 4:45 pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge